UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLEOTTIS GILCREAST, | ) | 5:13CV1673 |
| | ) | |
| Petitioner | ) | |
| | ) | JUDGE CHRISTOPHER BOYKO |
| v. | ) | (Mag. Judge Kenneth S. McHargh) |
| | ) | |
| JASON BUNTING, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent | ) | MEMORANDUM |
| | ) | <u>AND ORDER</u> |

McHARGH, MAG. JUDGE

The petitioner Cleottis Gilcreast ("Gilcreast") has filed two petitions for writ of habeas corpus in this court, one arising out of a May 20, 2010, conviction for domestic violence (this case, No. 5:13CV1673, Boyko, J.), and another arising out of a separate Oct. 31, 2008, conviction, also for domestic violence (Case No. 5:13CV1357, Polster, J.).

Gilcreast seeks to have both actions assigned to the same district judge. (Doc. 3.) However, as Gilcreast himself points out, the two habeas petitions concern "two separate Ohio court judgments," thus he properly filed two separate habeas petitions. (Doc. 3, at 1.) The convictions and appeals were separate, and were not consolidated at the state level. Each habeas petition is based on separate grounds.

Other than the nature of the crime (and the defendant), there is no connection between the two convictions, and each petition for habeas corpus must be considered on its own merits.

The motion (doc. 3) to "consolidate" the two petitions before a single district judge is DENIED.

IT IS SO ORDERED.

Dated:  Aug. 26, 2013                             /s/ Kenneth S. McHargh
                                                  Kenneth S. McHargh
                                                  United States Magistrate Judge